E. BRYAN WILSON
Acting United States Attorney

KAYLA DOYLE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kayla.doyle@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:21-cr-00079-SLG-DMS |
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) | FELON IN POSSESSION OF FIREARMS |
| JOSHUA ELIJAH PATE, | ) ) ) | Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Defendant. | ) ) ) ) ) | CRIMINAL FORFEITURE ALLEGATION: 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about July 14, 2021, within the District of Alaska, the defendant, JOSHUA ELIJAH PATE, knowing that he had been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit:

1. A HK USP Compact .40 caliber pistol;

2. 7 rounds of .40 caliber shotshells; and

3. 1 round of RPSNW hollow Point .40 caliber ammunition.

Prior Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| June 6, 2000 | Burglary in the First Degree | Superior Court for the State of Alaska, Third Judicial District | 3AN-S99-2498 |
| December 13, 2007 | Felon in Possession | United States District Court, District of Alaska | 3:06-CR-00092-01-JWS |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as set forth in Count 1 of this Indictment, the defendant, JOSHUA ELIJAH PATE, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

Page 2 of 3

Case 3:21-cr-00079-SLG-DMS   Document 3   Filed 08/18/21   Page 2 of 3

2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. HK USP Compact .40 caliber pistol, serial number 26-096913; and

2. Associated ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kayla Doyle
KAYLA DOYLE
Special Assistant U.S. Attorney
United States of America

s/ Kyle Reardon for
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: August 17, 2021